UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                        ORDER ACCEPTING PLEA ALLOCUTION

                        S1 07 Cr. 1079 (SCR)

v.

Christopher Schulze,

---

ROBINSON, J.

    The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated June 3, 2009, is approved and accepted.

    The Clerk of the court is directed to enter the plea.

Date: July 2 7, 2009

                                        SO ORDERED:

                                          STEPHEN C. ROBINSON
                                          UNITED STATES DISTRICT JUDGE

FILED